# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUBY BRIGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-05-145-S |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Commissioner has filed his Third Motion to Reverse and Remand this action for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). For the same reasons set forth in the Court's March 12, 2007, order denying the Commissioner's Second Motion to Reverse and Remand, this Third Motion to Remand and Reverse is denied. The Court will treat the Commissioner's Supplemental Brief (incorporated as part of the Third Motion to Reverse and Remand) as the Commissioner's response brief to the Plaintiff's opening brief. This action is referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) for findings and recommendations consistent with the Tenth Circuit's September 5, 2006, Order and Judgment remanding this case.

It is so ordered this 5th day of November, 2007.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma