# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

RUBY BRIGGS,                      )
                                  )
            Plaintiff,            )
                                  )
      v.                          )    No. CIV-05-145-FHS
                                  )
MICHAEL J. ASTRUE,                )
Commissioner Social Security      )
Administration,                   )
                                  )
            Defendant.            )

## ORDER

On November 7, 2007, the United States Magistrate Judge for this District filed Findings and Recommendations in this case. No objection to those findings were filed. Accordingly, the court deems the findings as confessed. However, the plaintiff did file a response to the Findings noting that she was amending her disability onset date to February 14, 2000, consistent with Dr. Rawling's testimony and the Magistrate Judge's recognition of that disability onset date. This court finds that February 14, 2000, is the disability onset date.

The Findings and Recommendations suggest that the case be **REVERSED AND REMANDED** for the award of benefits to plaintiff. This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Commissioner's decision be **REVERSED AND REMANDED AND AN AWARD OF BENEFITS MADE.**

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be

**SUSTAINED** and adopted by this Court as this Court's Findings and Order.  Accordingly, this case is **REVERSED AND REMANDED** to the defendant under the fourth sentence of 42 U.S.C. §405(g) for proceedings consistent with this order.

**IT IS SO ORDERED** this 4th day of December, 2007.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma